UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-23298-CIV-KING-BANDSTRA

AMY JAMES HAYDEN,

    Plaintiff,

v.

NCL (BAHAMAS) LTD., a Bermuda company,
and NCL AMERICA, INC.,,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

    THIS MATTER is before the Court upon the Notice of Settlement (D.E. #75) filed by the parties on September 4, 2008. The courtesy notice indicated that the parties require 30 to 45 days to finalize settlement documents and to submit a Proposed Order of Dismissal with Prejudice to the Court.

    For administrative purposes, since there is nothing further for the Court to schedule for hearing or adjudicate, the Court will direct the Clerk of Court to close the case out on the Court's calendar. Jurisdiction will be retained to enter the submitted Order of Dismissal with Prejudice at the time the parties have concluded their finalization of settlement documents in 30 to 45 days hence. It is,

    ORDERED, ADJUDGED and DECREED as follows:

    1.    That the above-styled case be, and the same is hereby **DISMISSED WITH PREJUDICE**, with jurisdiction retained for the Court to consider the settlement documents when submitted by counsel.

2. All unresolved motions are **DENIED AS MOOT**.

3. The **Pretrial Conference** previously set for **February 13, 2009** and the **Trial** previously set for **March 30, 2009** be, and the same are hereby **CANCELED** and shall be removed from the Court's calendar.

4. The Clerk shall **CLOSE** this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 5th day of September, 2008.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: *Counsel for Plaintiff:*
John H. Hickey, Esq.
HICKEY LAW FIRM, P.A.
1401 Brickell Avenue
Suite 510
Miami, FL 33131

*Counsel for Defendants:*
Karina M. Cerda Collazo, Esq.
Jeffrey E. Foreman, Esq.
Darren W. Friedman, Esq.
MALTZMAN & FOREMAN
One Biscayne Tower
2 South Biscayne Blvd.
Suite 2300
Miami, FL 33131